FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

DEC 16 2005

LUTHER D. THOMAS, Clerk
By: /s/ Sewell
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROY REX EVANS,<br>Plaintiff, | :<br>:<br>: CIVIL ACTION NO.<br>: 1:05-CV-2999-TWT |
| v.<br>TONEY TOMASON; et al.,<br>Defendants. | :<br>:<br>: |

## ORDER AND OPINION

Plaintiff, Roy Rex Evans, presently incarcerated at the Milan State Prison in Milan, Georgia, has submitted a letter [Doc. 1] which has been docketed as a 42 U.S.C. § 1983 civil rights complaint against Toney Tomason, Fairmount Poultry, and the Gordon County Jail. In his letter, Plaintiff references certain wrongdoing allegedly perpetuated by Mr. Tomason. Plaintiff seeks either an attorney to represent him or the necessary "paper work to file a lawsuit."

Upon review of his letter, this Court finds that Plaintiff does not intend to file a civil action at this time. Plaintiff neither formally names a defendant nor provides an affidavit seeking leave to proceed in forma pauperis. Rather, Plaintiff generally seeks legal advice from this Court so that he can initiate a lawsuit. This Court, however, has no authority to provide any legal advice to Plaintiff.

AO 72A
(Rev.8/82)

Accordingly, **IT IS HEREBY ORDERED** that the instant action [Doc. 1] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** leave to proceed in forma pauperis for the sole purpose of dismissal.

It is difficult to decipher the nature of the action that Plaintiff intends to bring in the future. Nevertheless, the Clerk of this Court is **DIRECTED** to forward a 42 U.S.C. § 1983 form and an appropriate financial affidavit to Plaintiff. If Plaintiff seeks to bring civil rights complaint, he should prepare it on the enclosed § 1983 form and submit both a completed § 1983 form and financial affidavit to the appropriate district court. Plaintiff should be mindful about presenting his claims in a clear and concise fashion. Further, should Plaintiff decide to prepare and submit a civil rights complaint, he must provide factual allegations concerning events in which Plaintiff himself suffered some injury, and to clearly identify each defendant responsible for that injury.

**IT IS SO ORDERED**, this _16_ day of _December_, 2005.

*Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)